UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUZANNE SELIM,

       Plaintiff,                                   Case No. 1:13-CV-928

v.

                                                  HON. ROBERT HOLMES BELL

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On June 6, 2014, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") recommending that the Court affirm the final decision of the Commissioner of Social Security denying Plaintiff's claim for disability insurance benefits. (ECF No. 22.)  The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired.  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.  Accordingly,

**IT IS HEREBY ORDERED** that the June 6, 2014, R&R (ECF No. 22) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the final decision of the Commissioner of Social Security denying Plaintiff's claim for disability insurance benefits is **AFFIRMED**.


Dated: August 18, 2014                                       /s/ Robert Holmes Bell
                                                                      ROBERT HOLMES BELL
                                                                      UNITED STATES DISTRICT JUDGE